JEANNETTE H. FRANCIS, as Executrix of ISAAC P. MARTIN, Deceased, Respondent, *v.* BENJAMIN F. WATKINS et al., Respondents.

RUBE R. FOGEL, Appellant.

*Francis* v. *Watkins*, 72 App. Div. 15, affirmed.
(Argued June 9, 1902; decided June 24, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 23, 1902, which affirmed an order of Special Term denying a motion by a purchaser at a foreclosure sale to be relieved from his purchase.

*Louis Marshall* for appellant.

*George A. Strong* for plaintiff, respondent.

*Atterbury & Mullally* for defendants, respondents.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, VANN, CULLEN and WERNER, JJ.